1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL AARON WITKIN,                    No.  2:22-cv-01310 DJC DB P

12                  Plaintiff,

13        v.                                  ORDER

14   R. THOMAS, et al.,

15                  Defendants.

16

17        Plaintiff, a former state prisoner proceeding pro se, filed this civil rights action

18   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On March 30, 2023, the Magistrate Judge filed findings and recommendations

21   herein which were served on Plaintiff and which contained notice to Plaintiff that any

22   objections to the findings and recommendations were to be filed within thirty days.

23   Plaintiff has not filed objections to the findings and recommendations.

24        The Court has reviewed the file and finds the findings and recommendations to

25   be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS

26   HEREBY ORDERED that:

27        1.  The findings and recommendations filed March 30, 2023 (ECF No. 11), are

28   adopted in full.

2. Plaintiff's First Amendment access to courts claim, and any other intended claims not found appropriate for service, are dismissed without leave to amend.

3. This matter is referred back to the Magistrate Judge assigned to this case for further pretrial proceedings.


IT IS SO ORDERED.

Dated:   **May 15, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

witk1310.800

2