# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN, | No. 2:22-cv-01310 DJC DB P |
| Plaintiff, | |
| v. | ORDER |
| R. THOMAS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, filed a civil rights complaint under 42 U.S.C. § 1983. Plaintiff proceeds on his complaint filed on July 25, (ECF No. 1), with claims under 42 U.S.C. § 1983 premised on the alleged denial of outdoor exercise and retaliation. On August 28, 2023, defendants filed a motion to opt out of the post-screening ADR project. After reviewing the motion, the court finds good cause to grant defendants' motion.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion to opt out (ECF No. 21) is granted and the stay of this action is lifted;

2. Within thirty (30) days from the date of this order, defendants shall file a responsive pleading.

Dated: September 5, 2023

DLB7
witk1310.optout.post.waiver

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE