IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL AARON WITKIN,**<br><br>Plaintiff,<br><br>v.<br><br>**R. THOMAS, et al.,**<br><br>Defendants. | Case No. 2:22-cv-01310 TLN DB P<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' APPLICATION FOR AN EXTENSION OF TIME** |

Defendants Johnson, Thomas, Bird, Hughes, and Martinez ("Defendants") have applied for an extension of time to file their responsive pleading. Having considered all documents filed in connection with the Application and good cause having been shown, Defendants' Motion is **GRANTED**.

IT IS HEREBY ORDERED that defendants' Motion (ECF No. 26) is GRANTED and defendants must file a responsive pleading on or before 14 days after the Court issues a decision on the Motion to Revoke Plaintiff's In Forma Pauperis Status and Dismiss the Case as Malicious (ECF No. 23).

Dated: October 5, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:22-cv-01310 TLN DB P)