1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL AARON WITKIN,                    No.  2:22-cv-01310 DJC SCR P

12              Plaintiff,

13        v.                                  ORDER

14   R. THOMAS,

15              Defendant.

16

17        Plaintiff, a former state prisoner proceeding pro se, filed this civil rights action seeking

18   relief under 42 U.S.C. § 1983. On September 23, 2024, the court ordered plaintiff to pay the $405

19   filing fee in order to proceed with this case. (ECF No. 36.) Plaintiff has paid the filing fee. In

20   addition, the court has already screened plaintiff's complaint and found it states cognizable

21   claims. (ECF Nos. 11, 16.)

22        Accordingly, IT IS HEREBY ORDERED that defendants shall file a response to

23   plaintiff's complaint within 14 days of the date of this order.

24   DATED: November 8, 2024

25

26

27   _____
     SEAN C. RIORDAN
     UNITED STATES MAGISTRATE JUDGE

28