UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN, | No. 2:22-cv-1310 DJC SCR P |
| Plaintiff, | |
| v. | ORDER |
| R. THOMAS, et al. | |
| Defendants. | |

Plaintiff moves for an extension of time to oppose defendants' motion to dismiss. Good cause appearing, the motion for an extension of time is granted.

Plaintiff also requests permission to file electronically for this case. (ECF No. 4.) Plaintiff shall continue to file paper documents with the court through conventional means. To any extent plaintiff would like to receive electronic service of documents, plaintiff can submit a separate request. Plaintiff is informed that if he seeks to receive service of documents electronically and the court grants such request, he will waive the right to receive service by first class mail pursuant to Fed. R. Civ. P. 5(b)(2)(D).

For the reasons set forth above, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time (ECF No. 41) is granted.

1

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to the motion to dismiss filed on November 22, 2024.

3. Plaintiff's motion to proceed via e-filing is denied.

DATED: December 12, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE