UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. THOMAS, et al.,<br><br>　　　　　Defendants. | No.  2:22-cv-1310 DJC SCR P<br><br><br>ORDER |

Plaintiff, a former state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 2, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 45.  Neither party filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　　The findings and recommendations (ECF No. 45) are adopted in full;

1

2. Defendants' motion to dismiss (ECF No. 39) is granted in part and denied in part as follows:

    a. Defendants' motion to dismiss plaintiff's First Amendment retaliation claim is granted; and

    b. Defendants' motion to dismiss plaintiff's Eighth Amendment claim on qualified immunity grounds is denied.

3. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated: **August 22, 2025**

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Witk1310.801

2