IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL AARON WITKIN,** | Case No. 2:22-cv-01310-DJC-SCR |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER** |
| v. | |
| **R. THOMAS, et al.,** | |
| Defendants. | |

Defendants Johnson, Bird, Thomas, and Hughes (Defendants) filed a motion for a 45-day extension of the discovery deadline. Plaintiff does not oppose the motion. *See* Declaration of C. Widman ¶ 4, ECF No. 51 at 5. Having read and considered Defendants' motion and the accompanying declaration of counsel, the Court finds good cause exists to GRANT this motion and ORDERS as follows: The parties shall have up to, and including March 12, 2026, to complete discovery, including filing all motions to compel discovery. All other provisions of the discovery and scheduling order (ECF No. 50) remain in effect.

**IT IS SO ORDERED.**

Dated: November 21, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1